RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 11 2015

Abel Acosta, Clerk

NO. _____

| | | |
|---|---|---|
| •Erick Ford | § | IN THE COURT OF |
| | § | |
| v. | § | CRIMINAL APPEALS |
| | § | |
| THE STATE OF TEXAS | § | OF TEXAS |

FILED IN
COURT OF CRIMINAL APPEALS

FEB 1 1 2015

Abel Acosta, Clerk

### Pro Se Motion for Extension of Time To File Petition for Discretionary Review

**TO THE HONORABLE COURT OF CRIMINAL APPEALS:**

COMES NOW the Appellant/Petitioner in the above-styled and numbered cause and respectfully moves this Honorable Court to extend the time for filing the Appellant's Petition for Discretionary Review in this cause and in support thereof would show to the Court the following:

1.    The style and number of this case in the Court of Appeals, is: __Ford__ _v._ _The State of Texas_, Appeal No. __05-13-01482__ -CR.

2.    The style and number of the case in the trial court is: _The State of Texas v._ Ford__; Cause No. F1355893N; from the __195TH__ District Court of Dallas County, Texas.

3.    The Appellant was convicted of the felony offense of __Delivery Cont. Sub__

4.    Judgment was entered on 5/17/13 and punishment was assessed at __20 Years__ years confinement and a fine in the amount of __$10,000.00__.

5.    The conviction was affirmed in the Court of Appeals on __01/26/15__.

6.    The deadline for filing the Appellant's Petition for Discretionary Review in this cause is __02/25/15__ .

7.    An extension of time for a period of sixty (60) days is requested that would make the due date __04/25/15__ .

8.    No prior request for an extension of time has been made.

9.    The facts relied upon to show good cause for the requested extension are, as follows:  The Appellant/Petitioner was represented by court appointed counsel during the appeal of this case to the Court of Appeals.  After the conviction was affirmed, the trial court refused to appoint counsel to file a Petition for Discretionary Review.  Therefore, additional time is needed for the Appellant/Petitioner to either prepare and file the Petition pro se or to seek legal assistance in filing the Petition.

**WHEREFORE, PREMISES CONSIDERED,** the Appellant /Petitioner respectfully requests that this Honorable Court extend time for filing the Petition for Discretionary Review in this cause to __04/25/15__ .

**Respectfully submitted,**

_Triell E. Ford_
[Name]

## CERTIFICATE OF SERVICE

The Appellant/Petitioner hereby certifies that a true and correct copy of the foregoing

Motion has been mailed to the Office of the Criminal District Attorney for Dallas County, Frank

Crowley Courts Building, 133 North Industrial Blvd., 11th Floor, Dallas, Texas 75207, and

mailed via U.S. mail, to the Office of the State Prosecuting Attorney, P.O. Box 12405, Capitol

Station, Austin, Texas 78711, on the __06__ day of __February__ , ▓▓▓ , 2015.


_Erich E. Ford_
**[Name]**